# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TONY SALVATORE | ) |
|     Plaintiff, | ) Case No. 4:19-cv-00660 |
| v. | ) |
| THE CITY OF WILDWOOD, a municipal corporation | ) |
| and | ) |
| JAMES BOWLIN | ) |
| and | ) |
| RYAN THOMAS | ) |
| and | ) |
| RAYMOND MANTON | ) |
|     Defendants. | ) |

## SUGGESTION OF DEATH

Comes now John R. Hamill III, Attorney for The City of Wildwood, James Bowlin, Ryan Thomas and Raymond Manton, and suggests to the Court the death of Defendant Raymond Manton on or about May 16, 2019.

Dated this 21st day of May, 2019.

                                      **BARKLAGE, BRETT & HAMILL, P.C.**

                                              */s/ John R. Hamill III*
                                  Joel D. Brett       #33471MO
                                  John R. Hamill III   #45040MO
                                  *Attorneys for Defendants*
                                  *The City of Wildwood, James Bowlin,*
                                  *Ryan Thomas and Raymond Manton*
                                  211 North Third Street
                                  St. Charles, MO 63301-2812
                                  (636) 949-2120
                                  (636) 949-8786 Facsimile
                                  jbrett@barklage-brett.com
                                  jhamill@barklage-brett.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon those persons named below, this 21st day of May, 2019 via the Courts electronic filing system to:

DONNER APPLEWHITE, ATTORNEYS AT LAW
Thomas R. Applewhite, #64437MO
Christian T. Misner, #65572MO
1108 Olive Street, Suite 200
St. Louis, Missouri 63101-1949
Phone: (314) 240-5351
Fax:    (888) 785-4461
Email: tom.applewhite@da-lawfirm.com
           christian.misner@da-lawfirm.com

JOHN J. AMMANN
By: John J. Ammann
John J. Ammann, #34308MO
100 N. Tucker Boulevard
St. Louis, Missouri 63101
Phone: (314) 977-2800
Email:  john.ammann@slu.edu
*Attorneys for Plaintiff*

                                              */s/ John R. Hamill III*
                                  John R. Hamill III    #45040MO