UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TONY SALVATORE,                          )
                                         )
        Plaintiff(s),                    )
                                         )
    v.                                   )        No. 4:19-CV-00660-CDP
                                         )
CITY OF WILDWOOD, MISSOURI, et al.,      )
                                         )
        Defendant(s).                    )
                                         )

## NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo.  L. R.  6.03, the Clerk of the court hereby notifies

| | |
|---|---|
| Name of Neutral/Firm: | LIMBAUGH SR., STEPHEN N. |
| Firm Address: | 407 N. Kingshighway Suite 400 Cape Girardeau, MO  63701-1150 |
| Email: | slimbaugh@limbaughlaw.com |

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

| | |
|---|---|
| Lead Counsel: | Thomas Richard Applewhite (for pla) |
| | DONNER APPLEWHITE, ATTORNEYS AT LAW |
| | 1108 Olive St. |
| | Suite 200 |
| | St. Louis, MO  63101 |
| | Ph: 314-240-5351  FAX: 888-785-4461 |
| Other Counsel: | Joel D. Brett (for dft) |
| | BARKLAGE AND BRETT |
| | 211 N. Third Street |
| | St. Charles, MO  63301 |
| | Ph: 636-949-2120  FAX: 636-949-8786 |

**The completion deadline for this ADR referral is September 2, 2019.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might

exist which would require disqualification pursuant to 28 U.S.C. § 455.

July 9, 2019.                              _Gregory J. Linhares_____/
Date                                       Clerk of Court

                              By:    /s/ Brittany Porter_____/
                                     BRITTANY PORTER
                                     Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TONY SALVATORE, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 4:19-CV-00660-CDP |
| | ) | |
| CITY OF WILDWOOD, MISSOURI, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____.

The ADR referral was concluded on _____.
The parties [☐ did ☐ did not] achieve a settlement. Check one

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____    Neutral: _____

LIMBAUGH SR., STEPHEN N.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TONY SALVATORE, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 4:19-CV-00660-CDP |
| | ) | |
| CITY OF WILDWOOD, MISSOURI, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE DISPUTE
RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **parties** participating in the ADR conference.  The participants will
be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff,
defendant, insurance representative, in-house counsel or corporate representative.  **Counsel of record need
not provide name and email address.**

Name (printed):                                             Email address:

_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____

Date_____ Neutral_____