UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TONY SALVATORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19-cv-00660-SRC |
| ) | |
| THE CITY OF WILDWOOD, a municipal ) | |
| corporation, JAMES BOWLIN, in his ) | District Judge Stephen R. Clark |
| individual capacity, RYAN THOMAS, ) | |
| in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Tony Salvatore and Defendants The City of Wildwood, James Bowlin, and Ryan Thomas and stipulate to the dismissal with prejudice of the above-captioned action, with each party to bear his or its own attorneys' fees and costs.

Dated: February 10, 2021

**DONNER APPLEWHITE,
ATTORNEYS AT LAW**

By:  /s/ *Christian T. Misner*
Christian T. Misner, #65572MO
906 Olive Street, Suite 1110
Saint Louis, Missouri 63101
Phone:   (314) 240-5351
Fax:        (888) 785-4461
Email:    christian.misner@da-lawfirm.com

*Counsel for Plaintiff*

Respectfully submitted,

**BARKLAGE, BRETT
& HAMILL, P.C.**

By:  /s/ *John R. Hamill III*
ID t4YCaHj9jcUXwAYS95mATWnc
John R. Hamill, #45040MO
211 North Third Street
St. Charles, Missouri 63301
Phone:   (636) 949-2120
Fax:        (636) 949-8786
Email:    jhamill@barklage-brett.com

*Counsel for Defendants*